JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMELIA GONZALEZ, | Case No.: SACV11-1582 JST(RNBx) |
| Plaintiff, | **ORDER FOR DISMISSAL** |
| vs. | [Fed.R.Civ.Proc. 41] |
| IMI MARKETING, INC., a California corporation doing business as "Integrity Alarms"; MICHAEL NELSON, an individual; and DOES 1 through 10, inclusive, | |
| Defendants. | |

Having reviewed the Parties Stipulation for Dismissal, the Court hereby Orders the above-captioned action dismissed in its entirety, with prejudice.

DATED: July 3, 2012

**JOSEPHINE STATON TUCKER**
HON. JOSEPHINE STATON TUCKER
U. S. DISTRICT COURT JUDGE